# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RICKY L. WILLIAMS,
        Plaintiff,

v.                                                           Case No. 07-C-1158

BONNIE LAMB, NICOLE VARLEY,
TOM LANGENHORST, WAYNE STARBIRD,
C. HAWLEY, SARAH BOWE, and SANDY BEULEN,
        Defendants,

## ORDER

Pro se plaintiff Ricky L. Williams is proceeding in forma pauperis in this civil rights action under 42 U.S.C. § 1983. Now before me is plaintiff's motion to compel and defendants' motion to extend the dispositive motions deadline.

In his motion to compel, plaintiff suggests that defendants did not provide him with the information I ordered them to produce during a telephone conference held on November 10, 2010. In their response, defendants assert that plaintiff's motion should be denied because plaintiff did not attempt to confer with them before filing his motion. Additionally, defendants indicate that they have provided all of the information they have and to the extent disciplinary records and reports were not provided, it was because either those defendants have no disciplinary record or the reports were from prior to 2005 and are no longer maintained by the institution. I will deny plaintiff's motion to compel because he failed to comply with the requirements of Federal Rule of Civil Procedure 37 and Civil Local Rule 37 (E.D. Wis.). However, I also note that it appears defendants are correct on the merits of this motion. To the extent the requested information does not exist or is no longer available, I cannot compel defendants to produce it.

During the November 10, 2010, telephone conference, I also extended the deadline for filing dispositive motions to January 10, 2011. On January 6, 2011, defendants filed a motion for extension of time to file their motion for summary judgment. They cite the departure of former counsel and the need for defendants' new counsel to get up to speed on this case before filing a dispositive motion. Defendants ask for a 90 day extension of time. Plaintiff has filed no response to this motion, and I consider defendants' request reasonable. Therefore,

**IT IS ORDERED** that plaintiff's motion to compel (Docket #159) is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion to extend dispositive motions deadline (Docket #164) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadline for filing dispositive motions is now **April 11, 2011**.

Dated at Milwaukee, Wisconsin, this 1st day of February 2011.

/s
LYNN ADELMAN
District Judge